Certificate Number: 02998-PAM-DE-036328718

Bankruptcy Case Number: 22-00223

|||||||||||||||||||||||||||||||
02998-PAM-DE-036328718

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 14, 2022</u>, at <u>12:12</u> o'clock <u>PM EST</u>, <u>Dana Melissa Jones Hines</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 14, 2022</u>    By:   /s/Terri Everett

                                         Name:   Terri Everett

                                         Title:   Counselor