United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00223-HWV |
| Dana Melissa Jones-Hines | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Mar 18, 2022      Form ID: ordsmiss      Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dana Melissa Jones-Hines, 220 Lark Drive, York Haven, PA 17370-9176 |
| cr | + | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5459731 | + | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5459068 | + | Community Loan Servicing LLC, c/o McCabe Weisberg and Conway LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 5460516 | + | c/o Janet M. Spears, Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5459067 | EDI: LCIBAYLN | Mar 18 2022 22:43:00 | Community Loan Servicing LLC, PO Box 740410, Cincinnati, OH 45274-0410 |
| 5459642 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2022 18:48:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5461217 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2022 18:48:26 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed

**below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dana Melissa Jones−Hines,

**Debtor 1**

Chapter 13

Case No. 1:22−bk−00223−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: March 18, 2022

ordsmiss (05/18)